No. 82–5179. KINNEY, DBA MEDIA GRAPHICS *v.* KOTLER EXTERMINATING CO., INC. Appeal from Sup. Ct. Tenn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 81–2127. VINCENT B. *v.* JOAN R. ET AL. Appeal from Ct. App. Cal., 2d App. Dist., dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE WHITE would note probable jurisdiction and set case for oral argument.

No. 81–2144. GODWIN *v.* EAST BATON ROUGE PARISH SCHOOL BOARD ET AL. Appeal from Sup. Ct. La. dismissed for want of substantial federal question. JUSTICE MARSHALL would note probable jurisdiction and set case for oral argument.

No. 81–2174. QUEENSGATE INVESTMENT CO., DBA HOLIDAY INN *v.* LIQUOR CONTROL COMMISSION OF OHIO. Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question. JUSTICE BRENNAN and JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.

No. 81–2225. COLUMBIA GAS TRANSMISSION CORP. *v.* ROSE, TAX COMMISSIONER OF WEST VIRGINIA. Appeal from Cir. Ct. W. Va., Kanawha County, dismissed for want of substantial federal question. JUSTICE STEVENS would note probable jurisdiction and set case for oral argument.